UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH ENG,

               Plaintiff,

    -against-

SHAWN TREADWELL, et al.,

              Defendants.

14-CV-9256 (LAP)

CIVIL JUDGMENT

    Pursuant to the order issued March 2, 2015, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

    SO ORDERED.

Dated:   March 2, 2015
           New York, New York

                                                  *Loretta A. Preska*
                                         LORETTA A. PRESKA
                                      Chief United States District Judge

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.